No. 91–7503. BUBBEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7505. STEWART *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–7507. AJAYI *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7510. WINN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7512. VAN WAGNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7518. JOSEPH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7519. JONES *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 91–7521. FREELOVE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7526. DONAHUE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7528. HARDIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7534. DISMUKE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7536. STUART *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7538. AGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7548. WILSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7551. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7553. HAWKINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.